**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6725**

———————

THOMAS A. CHILTON, JR.,

        Petitioner - Appellant,

    v.

PAGE TRUE, Warden,

        Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Magistrate Judge.  (3:05-cv-00490-JRS-MHL)

———————

Submitted:  August 20, 2013      Decided:  August 23, 2013

———————

Before KING, SHEDD, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas A. Chilton, Jr., Appellant Pro Se.  Donald Eldridge Jeffrey, III, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas A. Chilton, Jr., appeals the magistrate judge's order denying his motion for transcripts. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Chilton v. True, No. 3:05-cv-00490-JRS-MHL (E.D. Va. Apr. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED